**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000569
28-JUL-2020
12:00 PM**

NO. CAAP-19-0000569

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
    TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS,
    INC., AS ASSET-BACKED CERTIFICATES, SERIES
    2005-AB4, Plaintiff-Appellee, v. KIEL JAMES
    PATTISON, Defendant-Appellee, and ASSOCIATION OF
    APARTMENT OWNERS OF ELIMA LANI CONDOMINIUMS,
    Defendant-Appellant, and JOHN DOES 1-20; JANE DOES
    1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
    AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 18-1-118K)

ORDER APPROVING THE JULY 20, 2020
STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice as to Defendant-Appellant Association of Apartment
Owners of Elima Lani Condominiums' Appeal, filed July 20, 2020,
the papers in support, and the record, it appears that:

(1) the appeal has been docketed;

(2) pursuant to Hawaiʻi Rules of Appellate Procedure
Rule 42(b), the parties stipulate to dismiss the appeal and bear
their own attorneys' fees and costs; and

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, July 28, 2020.


/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge